LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com



275 MADISON AVENUE  
35TH FLOOR  
NEW YORK, NY 10016

60 PARK PLACE  
SUITE 703  
NEWARK, NJ 07102

TEL (917) 974-1781  
FAX (212) 208-2981

TEL (973) 648-6777  
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

December 2, 2018

By ECF  
The Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:    United States v. Hatcher  
                Case No. 18 Cr. 454(KPF)

Dear Judge Failla:

      I represent Sharan Hatcher in the above-referenced matter, who is scheduled to be sentenced by Your Honor on January 14, 2020.

      Ms. Hatcher is currently enrolled in the Focus Forward Project ("FFP") at the MCC. FFP is scheduled to conclude on February 18, 2020, but I was advised by the its director, Joel Putnam, that there are often delays due to staffing issues. Given Ms. Hatcher's participation in FFP and the uncertainty with a completion date, I respectfully request an adjournment of the January 14, 2020 sentencing date until late February 2020. The Government consents to this adjournment request.

      Respectfully submitted,

      /s/ *Stephen Turano*

      Stephen Turano  
      Attorney for Sharan Hatcher

cc: Counsel for the Government (by ECF)

Application GRANTED.  The sentencing currently scheduled for January 14, 2020, is hereby ADJOURNED to March 4, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Defendant's sentencing submission shall be submitted on or before February 19, 2020.  The Government's sentencing submission shall be filed on or before February 26, 2020.

Dated:     December 3, 2020          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE