



February 4, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Kawain Nelson, 18-CR-454</u>

Dear Judge Failla,

 Today the Court granted my request submitted yesterday to adjourn Mr. Nelson's sentencing to the week of March 16th. Unfortunately, I was not clear in my request that I am not available on March 16th, the date to which the Court adjourned the sentence, because I am on CJA duty in the Eastern District that day. I am, however, available March 17, 18, and the morning of March 19. I am also generally available during the following week. I am not available on March 20. I therefore respectfully ask the Court to reset the sentence to one of these dates, or to another time convenient for the Court.

 Thank you very much for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Kawain Nelson*

cc:  AUSA Sarah Krissoff
   AUSA Frank Balsamello

Application GRANTED. The sentencing hearing currently scheduled for March 16, 2020, is hereby ADJOURNED to March 23, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Defendant's sentencing submissions shall be filed on or before March 9, 2020. The Government's sentencing submission shall be filed on or before March 16, 2020.

Dated:     February 3, 2020            SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE