


March 18, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Kawain Nelson, 18-CR-454

Dear Judge Failla,

    Mr. Nelson is currently scheduled to be sentenced by Your Honor on March 23, 2020. With the consent of the government, I respectfully request an adjournment of sentencing. In light of the current national crisis, and attempts by everyone to avoid non-essential gatherings, it does not seem advisable to gather for Mr. Nelson's sentencing, especially since he faces a mandatory minimum sentence of 5 years.

    Accordingly, I respectfully request a two-month adjournment of Mr. Nelson's sentencing to whatever date the Court deems appropriate.

    Thank you very much for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Kawain Nelson*

cc:   AUSA Sarah Krissoff
       AUSA Frank Balsamello

Application GRANTED. The sentencing hearing currently scheduled for March 23, 2020, is hereby ADJOURNED to June 23, 2020, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: March 18, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE