**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2020

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re:  *United States v. Kawain Nelson, et al.*, 18 Cr. 454 (KPF)

Dear Judge Failla:

On October 4, 2019, defendant Kawain Nelson pled guilty to conspiring to distribute and possess with intent to distribute 28 grams and more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).  Sentencing is scheduled for June 23, 2020.  The Government respectfully requests sentencing be adjourned approximately 60 days (to a date in August), by which time, the Court and parties may know whether COVID-19 protocols allow for an in-person sentencing proceeding as scheduled or soon thereafter.  Defense counsel, Florian Miedel, Esq., consents to this request.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Frank Balsamello / Sarah Krissoff
Assistant United States Attorneys
(212) 637-2325 / -2232

cc:    Florian Miedel, Esq., *counsel for the defendant* (by ECF)

Application GRANTED.  The sentencing hearing currently scheduled
for June 23, 2020, is hereby ADJOURNED to August 31, 2020, at
3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse,
40 Foley Square, New York, New York.


Dated:     June 9, 2020              SO ORDERED.
           New York, New York

                                     _Katherine Polk Failla_

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE