

April 21, 2026

**By ECF**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    ***United States v. Kawain Nelson***
        **18 Cr. 454 (KPF)**

Dear Judge Failla:

I write, with the support of the Department of Probation to respectfully request that Mr. Nelson's term of supervised release, set to expire in July 2027, be terminated early pursuant to 18 U.S.C. § 3583(e)(1).  The government defers to the Department of Probation and does not oppose early termination.

On September 3, 2020, Your Honor sentenced Kawain Nelson, following his guilty plea to conspiracy to distribute crack cocaine, to a prison term of 75 months, to be followed by four years of supervised release.  *See* ECF No. 289.  After a stay in a half-way house, Mr. Nelson commenced his term of supervision on July 21, 2023.

According to the Probation Department, Mr. Nelson's time on supervision has been exemplary.  Although Mr. Nelson was arrested on December 19, 2023 for driving under the influence, that case was subsequently dismissed.  Meanwhile, Mr. Nelson was referred to substance abuse treatment per the conditions of his supervised release.  He successfully completed outpatient treatment on July 3, 2024, at Samaritan Daytop Village Harlem.  There has been no police contact, let alone an arrest or conviction, since then.

Moreover, as verified by the Probation Department, Mr. Nelson has demonstrated a strong commitment to living a crime-free and productive life. Mr. Nelson has been gainfully employed during most of his term of supervision.  His most recent employment started in July 2025.  He works as a Residential Aide for Acasia Network ([Acacia Network – Rooted in the Community Since 1969](#)), a not for profit organization in Hells Kitchen that runs homeless shelters for individuals and families.  Mr. Nelson works full time on the overnight shift, Fridays-Tuesdays, earning $18 per hour.  Although he likes his work, Mr. Nelson would eventually prefer to work in a hospital as a patient transporter and, at some point, perhaps to start a business of his own.

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

Mr. Nelson resides with his aunt in the same apartment where he has been living since his release from the half-way house. He co-parents his two children with their mother. His daughter is just 18 years old, while his son is 13. Mr. Nelson picks up his son every day from school (which he is able to do because he works nights) and often engages in activities with his kids during the day time hours (or on the evenings of his off-days). He maintains a close relationship with his children and provides both financial and emotional support to them. He also remains close to his father who now lives upstate New York, and his younger brother, Jamal, who leads a productive life in Florida.

In light of Mr. Nelson's excellent adjustment back to society and the strides he has made both personally and professionally, it makes sense for the Department of Probation to shift its focus to other defendants who require more assistance and oversight. By all indications, Mr. Nelson – unlike, unfortunately, some of his co-defendants – has done what is necessary to lead the rest of his life in productive and crime-free ways. He does not need the Probation Department's services and does not present a concern for re-offending.

Accordingly, I respectfully request that the Court terminate Mr. Nelson's supervision pursuant to 18 U.S.C. § 3583(e)(1).

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Kawain Nelson*

cc:    Government Counsel (*via* ECF)
    Department of Probation (*via* email)

Application GRANTED. The Court is pleased to hear about the strides that Mr. Nelson has made and wishes him all the best in the future. The Court will enter a Probation Form No. 35 under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 444.

Dated:    April 24, 2026        SO ORDERED.
    New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE